# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HUY HUU DANG,<br><br>Petitioner,<br><br>v.<br><br>THOMAS GILES et al.,<br><br>Respondents. | Case No. 5:26-cv-01016-MWF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Respondents do not object to the Report and Recommendation. See Dkt. 9. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Petition for Writ of Habeas Corpus is GRANTED.

2. Respondents shall release Petitioner from custody unless they provide him with a bond hearing before an Immigration Judge within seven (7) days at which the Government bears the burden of proving by clear and convincing evidence that Petitioner is a danger to the community or a flight risk.

3. The parties are ordered to file a status report within ten (10) days confirming the outcome of the bond hearing.

Date: March 30, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge