JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HUY HUU DANG,<br><br>Petitioner,<br><br>v.<br><br>THOMAS GILES et al.,<br><br>Respondents. | Case No. 5:26-cv-01016-MWF-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED. Respondents are ordered to release Petitioner from custody unless they provide him with a bond hearing before an Immigration Judge within seven (7) days. The Government shall bear the burden of proving by clear and convincing evidence that Petitioner is a danger to the community or a flight risk.

Date: March 30, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge